IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REGINA D. LEROY, aka Regina L. Leroy;<br>SAN JOAQUIN COUNTY TREASURER;<br>and<br>STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br><br>　　　　Defendants. | Case No. 2:18-cv-01777-MCE-DB<br><br>**JUDGMENT AGAINST REGINA D. LEROY** |

Before this Court is a Joint Motion to enter Judgment and Order of Foreclosure and Judicial Sale.

Pursuant to the Joint Motion between Plaintiff, the United States of America and Defendant, Regina D. Leroy, it is hereby ORDERED:

　　1.　　The Joint Motion between the United States and Regina D. Leroy is GRANTED;

1

2. Judgment is entered in favor of the United States, and against Regina D. Leroy, to reduce tax assessments against Regina D. Leroy to judgment in the total amount of $177,653.70 (as of January 31, 2018), for the 2007, 2009, and 2010, tax years, less any additional credits according to proof, plus statutory interest and other statutory additions as provided by law, pursuant to 26 U.S.C. §§ 6601, 6621 & 6622, and 28 U.S.C. § 1961(c), until paid.

3. Each party shall bear its own costs and fees.

IT IS SO ORDERED.

Dated: July 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE