| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REGINA D. LEROY, aka Regina L. Leroy;<br>SAN JOAQUIN COUNTY TREASURER;<br>and STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD,<br><br>Defendants. | 2:18-cv-01777-MCE-DB<br><br>**ORDER ESTABLISHING RELATIVE LIEN PRIORITIES BETWEEN THE UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA FRANCHISE TAX BOARD**<br><br>Action Filed: June 20, 2018 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Pursuant to the Stipulation between Plaintiff United States of America and Defendant State of California Franchise Tax Board ("FTB"), is hereby ORDERED that:

1. Both the United States and FTB have valid and subsisting tax liens on the property located at 401 East Mendocino Avenue, Stockton, California 95204 (the "Property"), and legally described as follows:

> Lots 6, 7, 8 and the Southerly 5 feet of Lot 5 in block 2 of the Northern Addition to the City of Stockton, Map "B", according to the Official Map or Plat thereof filed for record November 15, 1895 in Volume 2 of Maps and Plats, Page 25, San Joaquin County Records.
>
> Assessor's Parcel No: 125-310-39.

2. As between the United States and FTB, the liens which came into existence first (i.e., were assessed) have priority over subsequently assessed tax liabilities.

3. The liens of the United States and FTB on the Property shall have the following relative priority:

| Rank | Lien Holder & Tax Year | Assessment Date | Balance Due[1] |
|---|---|---|---|
| 1 | FTB (2010) | 02/28/2011 | $6,983.54 |
| 2 | IRS (2010) | 03/14/2011 | $22,415.09 |
| 3 | IRS (2009) | 03/28/2011 | $155,809.97 |
| 4 | IRS (2007) | 04/11/2011 | $3,121.55 |
| 5 | FTB (2009) | 04/13/2011 | $37,355.29 |

4. To the extent the assessment dates and amounts listed in Paragraph 8 of the Complaint, and subsequently incorporated by reference in Paragraph 5 of the Court's Order of Foreclosure and Judicial Sale (the "Sale Order," ECF No. 11), conflict with the assessment dates and amounts set forth in the preceding paragraph of this Order, the provisions of this Order shall control.

5. Any proceeds from the sale of the Property shall therefore be applied as follows:
   a. First, to the United States' costs and expenses of sale as set forth in Paragraph 15(a) of the Sale Order;
   b. Second, to the San Joaquin County Treasurer as set forth in Paragraph 15(b) of the Sale Order; and
   c. Third, to the liens set forth in Paragraph 3 of this Order in the order in which they are ranked, starting with Rank 1. No proceeds shall be applied to any lien until the amounts secured by the lien identified in the previous Rank have been completely satisfied.

---

[1] FTB values are current as of July 18, 2018. Internal Revenue Service ("IRS") values are as of July 12, 2018.

6. Unless otherwise ordered, FTB need not actively participate further in these legal proceedings, unless and until a sale pursuant to the subject judicial foreclosure has occurred.

IT IS SO ORDERED.

Dated: October 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE